118 F.3d 1575
 Michael Derzack, Karen Derzack
v.
County of Allegheny Children and Youth Services, Mary E.
Freeland, Director, County of Allegheny Children and Youth
Services, a/k/a Mary E. Garland, Marcia Studivant-Anderson,
Regional Director, County of Allegheny Children and Youth
Services, Tracey Vorpagel, Caseworker for County of
Allegheny Children and Youth Services, Daniel Krikston,
Deputy Director, County of Allegheny Children and Youth Services,
 NO. 96-3761
 United States Court of Appeals,
Third Circuit.
 June 20, 1997
 
 1
 Appeal From: W.D.Pa. ,No.94cv00943 ,
 
 
 2
 Lee, J,
 
 173 F.R.D. 400
 
 3
 Affirmed.